AH
OCT 31 2013

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____Orlando_____ Division

## CIVIL RIGHTS COMPLAINT FORM

Abdelaziz Bilal Hamze          CASE NUMBER: 6:13-CV-1717-ORL-36KRS
_____         (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

Captain S. Swain, Srgts. H.L. Carrasquillo,
White, Officers Rhoden, Steven Vickery,
B. Betts, D. Cartrette, Nurse Harris

2013 NOV -4 PM 1:05
ORLANDO, FL
RECEIVED

(Enter <u>full name</u> of each <u>Defendant</u>.
If additional space is required, use the
blank area directly to the right).
_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Santa Rosa C.I. - 5850 E. Milton Rd.
                                                  (Indicate the name and location)
    Milton, FL 32583

II. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. <u>PREVIOUS LAWSUITS</u>:

DC 225 (Rev 2/2012)                          1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

    Plaintiff(s): _Abdelaziz Hamze_

    Defendant(s): _Steele et al_

2. Court (if federal court, name the district; if state court, name the county):
    _US. Southern District Court of Florida_

3. Docket Number: _09-cv-60883-AJ_

4. Name of judge: _Adalberto Jordan_

5. Briefly describe the facts and basis of the lawsuit: _Excessive force and endangerment_

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed and appealed to 11th Circuit in appeal 12-10509-DD_

7. Approximate filing date: _July 2009_

8. Approximate disposition date: _January 2012_

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                 2

→ Continue Section C on page 2a →→

## Previous Lawsuits

* **Abdelaziz Hamze v. Doe et al**, in the US South Dist. Court of Florida – Docket No. 11-CV-21297-JAL. Judge: Joan Lenard
  Facts of Case: Excessive Force.
  Filed approximately April 2011 and still pending.

* **Abdelaziz Hamze v. Morgan et al**, Case No. 11-CV-32JRK IN The US Middle District Court of Florida
  Judge:
  Facts of Case: Excessive Force, False DR
  Filed Approximately July 2011 and dismissed approx. May of 2012 for failure to amend.

* **Abdelaziz Hamze v. Tucker et al**, Case No. 12-CV-1188-J-12JRK IN The US Middle District Court of Florida
  Judge:
  Facts of Case: Denial of Medical Care, False DR, retaliation.
  Filed approx. Nov. 2012 Dismissed March 2013 for Failure to amend.

* **Abdelaziz Hamze v. Cummings et al**, Case No. 12-CV-61356-RNS IN The US South District Court of Florida
  Judge:
  Facts of Case: Excessive Force and endangerment
  Filed approx. July 2012. stayed approx. October 2012 and pending

* **Abdelaziz Hamze v. Tifft et al**, Case No. 13-CV-301-MCR-EMT IN THE US North Dist. Court of Florida
  Judge: Casey Rodgers.
  Facts of Case: Excessive Force, denial of medical care and false DRs.
  Filed Approximately May 2013; dismissed May 2013 for abuse of Judicial process.

* **Abdelaziz Hamze v. Richardson**, Case No. IN THE US South Dist Court of Florida
  Judge: Dimitrouleas
  Facts of case: False DR and Distruction of property.
  Filed approx. June 2009 & Dismissed approx. Nov. 2009 for Failure to amend and to state a claim.

2a
continue page 2b

✳ Abdelaziz Hamze v. Michael Crews et. al. Case No. 6:13-cv-1056-
IN THE US MIDDLE DISTRICT COURT OF FLORIDA   ORL-18TBS
Judge: G. Kendall Sharp
Facts of Case: Denial of Medical care, False retaliatory DRs
Filed approx: July 2013 and still pending in the US Mid.
District Court of Jx under case No. 3:13-cv-857-
J-99TJCJRK after it was transferred from
Orlando Division on July 16, 2013. It was
voluntarily dismissed in October 2013.

4
continue page 2c

The Following Cases Filed in the 2nd Circuit of Leon County regarding False DRs:

* 2011- CA- 2497, 2890, 2832, 2715, 3544, 3640, 3215

    The above cases were filed in 2011 and Dismissed in 2012 for Lack of standing to obtain relief. Exact Months in which each was filed is unknown to plaintiff currently, as is the months of Dismissal, in regards to all cases above and below.

* Cases: 2012 CA 1224, 1733, 1734

    Filed and Dismissed in 2012 for Lack of standing to obtain relief. 12-1733 & 1734 still pending

* Cases: 2012 CA 03466, 03500, 03501, 03503, 03527, 03528, 03529, 03843, 03997

    Filed in 2012 and are still pending.

2c

identify these suits below by providing the case number, the style, and the disposition of each case: _Abdelaziz Hamze v. Richardson in the U.S. South District Court of Florida. Dismissed for failure to state a claim for relief. 2. Abdelaziz Hamze v. Tifft et al, in the U.S. North District Court of Florida. Dismissed for abuse of Judicial process._

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _Abdelaziz Hamze_

   Mailing address: _Santa Rosa C.I. 5850 East Milton Road Milton, Fl 32583_

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _S. Swain_

   Mailing Address: _Suwanee C.I._

   Position: _Captain_

   Employed at: _F.D.O.C._

D. Defendant: _H.L. Carrasquillo_

   Mailing Address: _FSP 7819 NW 228th St Raiford, FL 32026 - 1000 (Last Known Address)_

DC 225 (Rev 2/2012)                              3

Position: Sergeant
Employed at: F.D.O.C

E. Defendant: White
Mailing Address: UNION C.I. (last known address)
7819 NW 228th St. Raiford, FL 32026

Position: Sergeant
Employed at: F.D.O.C.

F. Defendant: E. E. Rhoden
Mailing Address: UNION C.I.

Position: Officer
Employed at: F.D.O.C.

G. Defendant: D. Corbette
Mailing Address: UNION C.I.

Position: Officer
Employed at: F.D.O.C

H. Defendant: R. Betts, Officer at UNION C.I. (last known address), Employed at F.D.O.C.

I. Defendant: Officer Steven Vickery, at UNION C.I. (last known address), Employed at F.D.O.C.

DC 225 (Rev 2/2012)     4     >> Continue page 4a >>

J. Defendent: Officer Joshua D. Bostic, of UNION C.I. (Last Known address), Employed at F.D.O.C.

K. Defendent: Nurse Harris, of UNION C.I. (Last Known address), employed at F.D.O.C.

4a

V.      **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

_____

_____

_____

_____

_____

_____

_____

VI.     **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1. On May 1, 2013 Sergeant White of UNION C.I. denied me my dinner by refusing to open my flap. Then, him and officer E.E. Rhoden threatened to beat me when I come out of my cell to shower. Officer Rhoden made a death threat and promised to kill me if I cuff up. Officer Rhoden had already beaten me severely on April 29, 2013. For this reason, I couldn't come out of my cell then.

2. Captain S. Swain arrived at my cell door and I tried to

explain my fear and I told him that I am being beaten when I come out of my cell. Captain Swain ignored my voiced and legitimate complaints and ordered a cell extraction. Captain S. Swain ran a team of 5 officer into my cell; Officers Steven W. Vickery, R. Betts, D. Cartrette among others. Officer Vickery, who was over 350 lbs struck me with a shield and jumped on top of me with that shield and beat me mercilessly on my head and forehead causing me inability to breath and traumatic shock. During this beating, Captain Swain kept yelling "Stop resisting, Hamze" which is a signal for officers to continue beating me since I wasn't resisting at all and was ready to cuff up. Then Officer Vickery placed the cuffs on me and yelled: "Cuffs on" very loudly, but Captain Swain wanted more beating of me and he pushed officer R. Betts towards me and signaled for him to beat me. R. Betts approached me and jumped on me and pulled my head and punched me several times full force with a closed fist on my mouth and cheek.

3. During the beating, I almost got killed from the excessive weight of officer Vickery which caused my lungs to shut and from the severe beating by Vickery and R. Betts. Yet Captain Swain wasn't satisfied and wanted to make sure that I get

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff requests that this court issues an order declaring that

DC 225 (Rev 2/2012)                             6

» continue page 6 a. »
of section VI

killed so he kept signaling to his officers to beat me even after the cuffs were on me. Therefore, the action of these three staff members amounted to attempted murder.

4. As a result of this beating by officers Vickery, Betts, which was ordered by Captain Swain, I suffered from severe injury in the form of big lumps on my head, a large swelling on my forehead, a severe sprain in my neck, major tissue damage to my back, ribs, and my face cheek and mouth, loose teeth and splits in my gum and my interior cheeks, with much bleeding and tremendous pain. The next day, I was also diagnosed with head trauma and brain damage, by Dr. Rabil.

Captain Swain, Officers Vickery and Betts are responsible for this wanton and unnecessary infliction of pain on my person in their official and individual capacities as they were all acting under color of state law.

5. No amount of force was necessary at all during this infraction, as I was not resisting or refusing to be restrained at all times during the cell extraction. When I tried to say that I'm not refusing, Officer Vickery strangled me on my neck with his hand relying on his full weight, which caused my neck to be sprained. This was to prevent me from clarifying the situation to the camera since the officers on the team are told to make sure they block the camera view.

6. After the extraction, nurse Harris diagnosed me at medical and she refused to document much of my injuries or to refer me to x-rays on my ribs and lower back. She kept saying: "already documented". Then, Captain Swain said to me: "I'm not done yet, and I will finish what I started". I asked him what more did he want, and he said: "a piece of your head as a souvenir".

(Continue page 6b »)

-6a-

7. Captain Swain concluded the event on camera by stating that there are no injuries to staff and no further incident of assault on staff. None of the officers required any assessment or diagnosis afterwards.

The next day on May 2, 2012, I was taken to x-rays and diagnosis at UCF and I was diagnosed with trauma and major damage to my face, mouth, neck and head. I was also diagnosed with brain damage.

Seeing my injuries, Officer Vickery wrote me a false DR # 213-120759 to cover up their abuse of me claiming I grabbed his hand and that he couldn't get my grip off without the help of officer Betts, which is a strange and unbelievable lie. There was no document of such incident, not even a red mark, of such an allegedly strong grip, until after the diagnosis.

Notice that this DR has a time written of 8pm on May 1, 12 while its sequence number shows it was written than DR 213-120739 which was written on 8:50pm May 1, 12. This proves beyond doubt that officer Vickery falsified the DR document, because sequence numbers of DRs are computer generated from the same intranet database at an institution and they indicate the time sequence of the entry of these DRs.

Notice also that this DR # 213-120759 was served to me only until May 9, 2012 after I filed staff-abuse regarding the cell extraction, on May 7, 2012 with my mental health counselor, this shows that the administration is also a participant in this retaliation DR after I spoke to Assistant Warden Willis cellfront and requested protection from him on May 7, 2012.

- 6b -

continue page 6c ))

8. On May 3, 2012 Sgt. Carrasquillo came to my door to take me out for a medical callout due to my injuries, and Sgt. Carrasquillo (Sgt. C.) entered my cell and beat me severely over my pre-existing injuries trying to kill me. Sgt. C. dealt me several full force punches with his closed fist on my head, eyes and cheek causing me a large baseball like swelling on my right forehead, 2 black and swollen eyes with my right eye socket cut and split with cut about 2 inches and severe bleeding, and a swelling on my cheek, bruising on my leg and toe. During this beating of me by Sgt. C., Officer Joshua Bostic was standing on the door watching and refused and failed to intervene to stop my abuse or come to my aid at all.

9. My injuries from the beatings on May 1 & 3 of 2012 are permanent and ongoing. I still suffer from tenderness in the right side of my head and still suffer from head trauma. Considering the swelling which was pre-existing on May 3, 2012 on my head, the punches on that swollen area by Sgt. C. were intended to kill me which is a expected result of a beating over a swollen part so close to the brain. The actions of Sgt. C. amounted to attempted murder in retaliation for my complaint of injuries and is responsible for the wanton and unnecessary infliction of pain on me, along with officer Bostic, as they both were acting under color of state law. At all times during this incident and around it, I was in full compliance with prison rules and not violating any of them and did not show resistance, verbal nor physical, or refusal of any order.

10. On May 7, 2012, I filed staff abuse claim and was diagnosed by nurse Harris again who clearly saw that my injuries are much worse than on May 1 & 2 of 2012. Yet she refused to document much of them and

— 6c —

continue page 6d »

She kept repeating: "already documented"!

A few minutes after returning from medical, I spoke to warden Willis and complained to him of my abuse and requested protection and he said: "No, you already caused problems so whatever they did doesn't look very bad"!

This underlies the criminal mentality of that administration in dealing with and abusing inmates.

Upon information and belief, that administration condoned and encouraged the abuse of inmates who file claims of staff abuse or grievances against staff.

11. On June 3, 2012 I filed a claim of staff abuse on a sick call form complaining about my injuries and pain resulting from the incidents of staff abuse on May 1 & 3 of 2012 and handed that sick-call form to nurse Gayle who disclosed it in an unprofessional manner to security. Then on June 5, 2012 Sgt C. encouraged the officers on the following shift (4pm-midnight) to abuse me. So, at shower-time on June 5, officer Cartrette, who was also on the cell extraction team on May 1, entered my cell with me and he hit me forcefully on my head and then he punched me full force with a closed fist in my groin area causing me tremendous pain and uncontrolled urination for several following days. This happened while officer E.E. Rhoden watched and laughed at my injury. Officers Cartrette and Rhoden are responsible for the wanton and unnecessary infliction of pain on me as I was not at all in violation of any prison rule and they were acting under color

-6d-

continue page 6e »

the actions of all defendants were a breach of the Florida laws against illegal assault and Battery and attempted murder, and amounted to a constitutional deprivation and that DR# 213-190752 was in illegal retaliation. Further, plaintiff requests that this court award him nominal, and compensatory, and punitive damages as follows: Compensatory damages: due to injuries from May 1, 2012 beating in the amount of $250 thousand and from May 3, 2012 beating in the amount of $250 thousand and from the June 5, 2012 beating in the amount of

Continue relief on page 7a >>

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 31st day of October, 2013.

_____(Signature)_____

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 31st day of October, 20 13.

DC 225 (Rev 2/2012)                                    7

$10 thousand.

Punitive damages in the amount of $3,000,000 (3 million USD)

Further, plaintiff requests that this court grant Injunctive relief by issuing a restraining order against all defendants due to the prospective harm they would do to him if they had the opportunity.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: 13
Institution: UCI

27-13-620

**TO:** (Check One)
- ☑ Warden
- ☐ Asst. Warden
- ☐ Classification
- ☐ Security
- ☐ Medical
- ☐ Mental Health
- ☐ Dental
- ☐ Other _____

**FROM:**
| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Hamze, Abdelaziz | L81379 | U4110 | | 7.26.13 |

**REQUEST** — Check here if this is an informal grievance ☑

This addresses an issue of excessive force and attempted murder against me by Captain S. Swain and Sgrt. Carrasquillo (sgt C) in May of 2012. The reason for the delay in filing this form was due to access of law library and to information of raising such an issue at this level.

On May 1, 2012 Sgt. White denied me my dinner tray by refusing to open my flap and letting me get it. Then officer Rhoden and him threatened to beat me at shower time that day after I come out of my cell. At shower time I tried to explain to Captain Swain my concern of being beaten to death but he ignored and refused to listen and I told him that officer Rhoden had just beaten me on April 29, 12 causing me swelling and much bleeding in my face. The Swain ran a team of 5 officers on me including officers ≫ Continue add page 1 ≫

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** — Inspector

DATE RECEIVED: July 29 2013

The May 1, 2012 incident was referred to the Use of Force Unit of the Inspector General's office and was approved.

All other incidents will be reported to the Inspector General's office

You are well beyond the time frame to grieve the UOF.

Approved in that your allegations were reported

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Approved__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ Date: 7/30/13

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09) (Technical Change 1/6/10)
Incorporated by Reference in Rule 33-103.019, F.A.C.

INSTITUTION: _____  CELL/DORM & BUNK: _____

NAME: Hamze, Abdelaziz    NUMBER: 181379    DATE: 7-26-13

Steven Vickery – VS Wel – and D. Cartrette and R. Betts. First Sir Vickery struck me with the shield and knocked me to the ground and jumped with his full weight on top of me with the shield causing me inability to breath and major bone and tissue damage in my back and chest and ribs. Vickery was well over 350 lbs and I was less than 135 lbs. Then he beat me mercilessly on my head and face causing me big lumps on my head and a major swelling on my forehead, and a sprain to my neck. Captain Swain kept repeating and yelling : "Hamze! Stop resisting" even though I was not resisting at all and was ready and offering to cuff up since they opened the door. Officer Vickery then placed the cuffs on me and yelled out "cuffs on". Yet, Captain Swain continued afterwards to yell "stop resisting" which is a signal to the officers to continue their beating. Then Swain grabbed officer R. Betts pushing him towards me to beat me more after I was cuffed behind my back. R. Betts beat me with many full force punches on my mouth and cheek causing me major tissue damage, severe bleeding from my mouth, cheek, lip, and caused my teeth to loosen and my gum to break with much bleeding and tremendous pain. The pain from these injuries continued for over a month and the pain in my forehead continues till today and I DO NOT EXPECT TO HEAL completely from it.

During the beating, I almost got killed from the excessive weight of Vickery causing my lungs to shut and from the severe blows by the two officers. Yet, Captain Swain was not satisfied and wanted to make sure I get killed so he kept telling them to beat me by yelling "stop resisting".

Afterwards, I was taken to medical where nurse Harris refused to document my injuries fully or to refer me for x-rays on my ribs and other injured areas. She referred me for x-rays on my head. Captain Swain concluded the event on camera by stating that there are NO Injuries to staff and NO further incident of assault on staff. Then the next day I was taken to medical UCA for x-rays and diagnosis where I was diagnosed with major damage in my face, mouth and

>> continue add page 2 >>                >> add page 1 >>

NAME: Hamze, Abdelaziz   NUMBER: L81379   DATE: 7-26-2013

especially in my neck and head. The psych. Doctor Rabauna diagnosed me with brain damage along with Dr. Rabil. Seeing my injuries, C.O. Vickery wrote me a false DR # 213-120759 to cover up their abuse claiming that I grabbed his hand and he couldn't get off my grip without the help of officer Betts which is a strange and unbelievable lie. There was no document of such incident until after my diagnosis and Vickery did not file or require any diagnosis on this alleged grab. Notice that this DR has a time written of 8pm on May 1, 19 while the sequence # shows it was written much later than DR 213-120739 with date written on May 1, 12 at 8:50 pm which proves beyond doubt falsification of record. On May 3, 12 Srgt. C. came to my door and told me that I was going to medical and he entered my cell and beat me severely over my pre-existing injuries trying to kill me. Srgt C dealt me many full force punches on my head, eyes, and cheek causing me a large baseball size swelling on my right forehead, 2 black and swollen eyes with the right eye socket cut and severely bleeding and a swelling on my cheek, bruising on my leg and toe. I still have permanent injury as a result. I filed staff abuse on May 7, 2013 regarding the above incidents on May 1, 3 of 2013 and I requested protection from Asst. Warden Willis who refused me and said: "You already caused problems so whatever they do to you looks O.K." Willis condoned my abuse and attempted murder. At medical, nurse Hamz again refused to fully document my injuries saying: "already documented." On June 3, 12 I filed a sick call to nurse Gayle regarding my above injuries and she gave it to officer Eric Williams who told officer Tibbetts to beat me in my cell and he did so on my head to retaliate over my injuries by beating me on my head and kicking me on my chest causing me pain and difficulty to breath while Williams watched smiling. On June 5, 12 Srgt. C told the next shift to beat me too, so officer D. Cartrette beat me on my head and punched me in the groin full force causing me great pain and uncontrolled urination while officer E. E. Rhoden watched and laughed. I request that all relevant documents and videotape records be saved for this purpose and remedy provided

>> add page 2 >>